# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**SEALED**

FILED
Dec 15, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>v.<br>Carlos AMEZOLA<br><br>*Defendant(s)* | Case No. 1:23-mj-00150-BAM |

## CRIMINAL COMPLAINT BY RELIABLE ELECTRONIC OR TELEPHONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of Feb. 3, 2022 to Dec. 7, 2023 in the county of Fresno in the Eastern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 933(a) | Firearms trafficking |
| 18 USC 922(g)(1) | Possession of a firearm by a felon |
| 26 USC 5861(e) | Unlawful transfer of an NFA weapon |
| 18 USC 922(a)(1)(a) | Dealing in firearms without a license |
| | Maximum penalties for Count 1 and 2, 15 years imprisonment, for Count 3, 10 years imprisonment, and for Count 4, 5 years imprisonment. For all, also a $250,000 fine, 3 years of supervised release, and a $100 special assessment |

This criminal complaint is based on these facts:

See attached affidavit of SA Collins.

☑ Continued on the attached sheet.

*Cortland Collins*
Complainant's signature

Cortland Collins, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

Date: 12/15/23

*B. McAuliffe*
Judge's signature

City and state: Fresno, CA

Hon. Barbara A. McAuliffe
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>CARLOS AMEZOLA,<br><br>               Defendant. | CASE NO.<br><br>AFFIDAVIT OF<br>SPECIAL AGENT CORTLAND G. COLLINS |

I, Cortland G. Collins, being sworn, depose and state the following:

## I.      INTRODUCTION

1. This Affidavit is in support of an arrest warrant for Carlos AMEZOLA (hereinafter referred to as AMEZOLA) for violations of 18 U.S.C. § 933, firearms trafficking, 18 U.S.C. § 922(g)(1), felon in possession of a firearm, 26 U.S.C. § 5861(e), illegally transferring an NFA weapon, and 18 U.S.C. § 922(a)(1)(a), dealing firearms without a license.

2. The information contained in this Affidavit is based upon my personal observations and training and, where noted, information related to me by other law enforcement officers and/or agents.

3. As stated further in this Affidavit, law enforcement officers have gathered evidence to support probable cause, as follows:

   a. The defendant transferred firearms on August 2, 2022, specifically a machine gun and a short-barreled rifle, and September 27, 2023, specifically a short-barreled rifle, with reasonable cause to believe the possession of those weapons would be felony, in violation of 18 U.S.C. § 933.

    b. The defendant possessed a Smith & Wesson rifle on September 27, 2023, that rifle having traveled in interstate commerce and the defendant having known he was convicted of a crime punishable by a year or more, in violation of 18 U.S.C. § 922(g)(1).

    c. The defendant transferred firearms on August 2, 2022, specifically a machine gun and a short-barreled rifle, and September 27, 2023, specifically a short-barreled rifle, without completing the requirements of the National Firearms Act, in violation of 26 U.S.C. 5861(e).

    d. The defendant, who is not a licensed firearms dealer or manufacturer, was in the business of manufacturing and dealing in firearms between February 2022 and December 2023, in violation of 18 U.S.C. § 922(a)(1)(a).

## II.   AFFIANT'S BACKGROUND

4. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed since August of 2021. I am currently assigned to the ATF Fresno Field Office, specializing in investigations involving the illegal possession of firearms and other federal offenses involving firearms. In 2021, I completed the Criminal Investigator Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC) in Brunswick, Georgia, in which I received the Director's Leadership Award. In 2022 I completed Special Agent Basic Training (SABT) at the ATF National Academy, at FLETC in Brunswick, Georgia.

5. Prior to my employment with ATF, I was a sworn peace officer in the state of California, beginning in December of 2015. During that time, I was employed by the Fresno County Sheriff's Office (FSO) where I was assigned as a patrol deputy throughout the county. I was assigned to the Detective Bureau in February of 2017, where I worked on the Fresno County Multi Agency Gang Enforcement Consortium (MAGEC), where I conducted and assisted in complex gang investigations with other local, state, and federal agencies. These investigations involved crimes including homicide, unlawful firearm possession, assaults, robbery, drug trafficking, firearms trafficking, murder for hire,

burglaries, and other crimes committed by gang members throughout Fresno County and surrounding areas.

6. Prior to my employment with the Fresno County Sheriff's Office, I served in the United States Marine Corps as an Infantry Rifleman for four years. During my service, I was attached to Marine Corps Special Operations Command (MARSOC) for approximately two years. I deployed overseas on two separate occasions in support of the 13th Marine Expeditionary Unit (MEU), Operation Lantern Piston in the Philippine Islands, Operation Enduring Freedom in Afghanistan, the 31'st MEU, and Korean Defense. During my time overseas I carried numerous weapon systems in hostile environments. Additionally, I participated in the training of over 200 Philippine Marines in combat triage, urban tactics, marksmanship fundamentals, and proficient weapons employment. I currently hold a Bachelor of Science degree in Criminology and Restorative Justice, and graduated Magna Cum Laude from Fresno Pacific University.

### III.   PROBABLE CAUSE

7. In February 2022, Detectives with the Fresno Police Department Special Investigations Bureau worked in conjunction with the ATF and began a firearms trafficking investigation. During this investigation, members of the investigation team learned of a subject named Omar Lopez (DOB: 05/27/1992) who was reported to be selling firearms and narcotics. members of the investigation team operated in an undercover (UC) capacity and were put in contact with Omar Lopez. During conversations with Lopez, members of the investigation team were offered two handguns for sale. On February 3, 2022, members of the investigation team were to meet with the suspect Lopez in a UC capacity. Upon arrival, Lopez attempted to have the UC go inside the residence to conduct the firearms deal. Due to officer safety issues, the UC refused to go inside the residence, and another subject, later identified as Carlos AMEZOLA (DOB: 09/13/1983), exited the residence to sell the UC two pistols for $2,000. AMEZOLA sold the UC two Privately Manufactured Firearms (PMF), Glock style 9mm pistols inside the UC's vehicle.

8.     Members of the investigation team continued their communication with Lopez and were later offered an additional two Glock style PMF pistols. On February 18, 2022, members of the investigation team coordinated with Lopez who sent AMEZOLA to meet the UC in the City of Fresno for the sale/purchase of two additional Glock style 9mm PMF pistols. AMEZOLA conducted the sale of both PMF pistols to the UC for a total of $2,000.

9.     On July 26, 2022, Lopez offered members of the investigation team an AR style rifle for $1,800. The UC arranged to meet Lopez in the city of Fresno and once again, Lopez was not present for this transaction but instead, AMEZOLA met with the UC and the firearm was purchased for the aforementioned price of $1,800 dollars. Due to members of the investigation team believing that Lopez was only acting as a middle-man for AMEZOLA, during this transaction, the UC exchanged phone numbers with AMEZOLA and it was decided that all future deals and negotiations would go directly through AMEZOLA on his cell phone [(559) 213-7386)].

10.    On August 02, 2022, members of the investigation team were in communication with AMEZOLA who offered the UC two AR style rifles. AMEZOLA described the rifles as a short-barreled rifle (SBR) AR-15 style rifle for $1,700, and a fully automatic (machine-gun) AR-style rifle for $1,500.  AMEZOLA provided members of the investigation team with photographs of the rifles. The photographs of the firearms showed that one of the rifles had an automatic selector switch and that the switch was on the automatic setting. The UC later met with AMEZOLA and the rifles were purchased for a total of $3,200 in the County of Fresno. The firearms were later inspected and test fired, it was found that one of the rifles was in fact operating as a machinegun as it fired multiple rounds with one manipulation or "pull" of the trigger, and the other rifle had a barrel length less than 16 inches and was a short barrel rifle (SBR).

11.    The National Firearms Act (NFA) of 1934 regulates specific types of firearms, specifically relevant to this case, short-barreled rifles and machine guns. The NFA requires an occupational tax of $200, and the proper registration and transfer of any NFA type firearms. Records checks were performed on 11/30/2023 which showed that AMEZOLA and Lopez are not in the the National Firearms Registration and Transfer Record (NFRTR). An additional records check was completed,

COMPLAINT AFFIDAVIT                                          4

which showed that neither AMEZOLA or Lopez possess a Federal Firearms License (FFL). Due to these facts, I know that AMEZOLA and Lopez are not complying with the federal regulations laid out in the NFA. Possession of firearms not registered under the NFRTR and receipt of firearms transferred in violation of the NFA are prohibited acts under 26 U.S.C. 5861(b) and (d).

12. On August 8, 2022, members of the investigation team began communications with AMEZOLA who offered members of the investigation team an AR style rifle with two magazines for $1,000. The UC once again met with AMEZOLA in the County of Fresno and the purchase of the rifle was completed by the UC from AMEZOLA for $1,000.

13. On September 21, 2023, AMEZOLA offered members of the investigative team another automatic AR style rifle in .308 caliber. Members of the investigation team coordinated with AMEZOLA and met with him in the County of Fresno and purchased the rifle and a 100 round drum magazine for $2,500. Members of the investigative team functioned tested the rifle which showed to not function as a machinegun, but a semi-automatic rifle.

14. On September 27, 2023, AMEZOLA offered members of the investigative team two AR style rifles for sale for a total of $3,500. The UC agreed to purchase one automatic, (machinegun) SBR for $1,800, and another AR style rifle for $1,700. The UC met AMEZOLA in the County of Fresno and purchased one PMF AR style SBR for $1,800, which AMEZOLA told the UC was a fully automatic (machinegun), and a Smith and Wesson M&P 15, AR style rifle for $1,700.

15. The firearms purchased were later inspected and function tested. Members of the investigation team determined that the SBR that was claimed to be automatic was actually a semi-automatic AR style, PMF, short barrel rifle, with a barrel length of approximately 9.5 inches and a total length of twenty-four inches. The NFA requires that rifles have a barrel length of at least 16 inches and a total length of 26 inches. The second rifle was also semi-automatic, AR style rifle with SN:SZ57752.

16. On 11/30/2023, a records check was conducted on AMEZOLA and Lopez, which confirmed that neither subjects have a Federal Firearms License (FFL). Over the past 19 months, law enforcement have purchased 11 firearms in six different transactions. Many of these firearms are privately-manufactured firearms. Based on the totality of this investigation, I believe the number of

COMPLAINT AFFIDAVIT                              5

transferred firearms and number of separate transactions shows AMEZOLA is in the business of manufacturing and selling firearms despite not having a valid FFL.

17. On November 27, 2023, ATF Special Agent Anthony Gonzales, who has specialized training in the manufacture, origin and identification of firearms and ammunition, verbally indicated that the Smith and Wesson M&P 15 was not manufactured in the state of California, and therefore, traveled in, and affected, interstate commerce.

18. I have reviewed the defendant's criminal history report which indicates that the defendant has prior felony convictions which he knew were punishable by more than one year imprisonment. On December 12, 2005, AMEZOLA was convicted of a felony count of Cal. H.S. § 11377(A), possession of a controlled substance, and sentenced to 3 years of probation in Madera County case MCR022208. On May 16, 2007, AMEZOLA was convicted of one felony count of Cal. P.C. § 532(A), obtaining money by false pretenses, in Madera County case MCR024702, and sentenced to 3 years in prison as a stayed sentence with 5 years probation. On June 30, 2011, AMEZOLA was convicted of a felony count of Cal. H.S. § 11377(A), possession of a controlled substance and sentenced to 3 years of probation in Madera County case MCR040208.

### IV.     CONCLUSION

19. The above facts set forth probable cause to believe that Carlos AMEZOLA violated 18 U.S.C. § 933, firearms trafficking, 18 U.S.C. § 922(g)(1), felon in possession of a firearm, 26 U.S.C. § 5861(e), illegally transferring an NFA weapon, and 18 U.S.C. § 922(a)(1)(a), dealing firearms without a license.

20. I request that an arrest warrant be issued for AMEZOLA for these violations.

21. I further request that the Court order that all papers in support of this application, including the affidavit and complaint, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

*Cortland Collins*
_____
Cortland G. Collins
Special Agent, Bureau of Alcohol, Tobacco,
Firearms and Explosives

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me on _____12/15/23_____

*B. McAuliffe*
_____
THE HONORABLE BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

Reviewed as to form by:

/s/ *Robert L. Veneman Hughes*
Robert L. Veneman Hughes
Assistant U.S. Attorney